**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| ICEUTICA PTY LTD and<br>IROKO PHARMACEUTICALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:17-cv-00394-MJG |

**PLAINTIFFS' ANSWER TO DEFENDANTS LUPIN LIMITED'S**
**COUNTERCLAIMS TO FIRST AMENDED COMPLAINT**

Plaintiffs iCeutica Pty Ltd ("iCeutica") and Iroko Pharmaceuticals, LLC ("Iroko") (collectively, "Plaintiffs"), by and through their attorneys, answer the counterclaims alleged in the Answer and Counterclaims of Defendants Lupin Limited ("Lupin Ltd.") and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") to Plaintiffs' First Amended Complaint. (D.I. 43). Except as expressly admitted below, Plaintiffs deny each and every allegation in Lupin Ltd.'s counterclaims. To the extent any heading or non-numbered statement in Lupin Ltd.'s counterclaims contain an allegation, Plaintiffs deny each and every allegation therein. Specifically, Plaintiffs answer as follows:

## PARTIES

1. As to Paragraph 1, Plaintiffs admit that, on information and belief, Defendant Lupin Ltd. is a corporation organized and existing under the laws of India, with a principal place of business at Kalpataru Inspire, 3rd Floor, Off. Western Express Highway, Santacruz (East),

Mumbai, 400 055, India.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

**JURISDICTION AND VENUE**

5. As to Paragraph 5, Plaintiffs admit that Lupin Ltd.'s counterclaims purport to arise pursuant to 28 U.S.C. §§ 2201 and 2202. Plaintiffs deny that Lupin Ltd. is entitled to any relief pursuant to its counterclaims. Plaintiffs deny the remaining allegations of said Paragraph.

6. As to Paragraph 6, Plaintiffs admit that this Court now has subject matter jurisdiction over Lupin Ltd.'s counterclaims. Plaintiffs deny that Lupin Ltd. is entitled to any relief pursuant to its counterclaims. Plaintiffs deny the remaining allegations of said Paragraph.

7. As to Paragraph 7, Plaintiffs admit that venue is proper in this Court. Plaintiffs deny that Lupin Ltd. is entitled to any relief pursuant to its counterclaims. Plaintiffs deny the remaining allegations of said Paragraph.

8. Paragraph 8 contains legal conclusions to which no answer is required. To the extent an answer is required, said Paragraphs are denied.

9. As to Paragraph 9, Plaintiffs admit that Lupin Ltd. has represented that it has submitted ANDA No. 209487 to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act ("FDCA") to obtain approval to engage in the commercial manufacture, importation, use, sale, or offer for sale of its proposed generic Meloxicam capsules 5 mg and 10 mg throughout the United States. Plaintiffs admit that they have alleged that, by submitting

ANDA No. 209487 to the FDA, Lupin Ltd. has committed an act of infringement of the '734 and '318 patents under 35 U.S.C. § 271(e)(2)(A). Plaintiffs admit that they have alleged that Lupin Ltd. will commit an act of infringement of the '734 and '318 patents under 35 U.S.C. §§ 271(a) and 271(b) with the commercial manufacture, importation, use, sale, or offer for sale of its proposed generic Meloxicam capsules 5 mg and 10 mg throughout the United States. Plaintiffs deny the remaining allegations of said Paragraph.

10. As to Paragraph 10, Plaintiffs admit that iCeutica and Iroko have filed an action for infringement of the '734 and '318 patents against Lupin in this Court. Plaintiffs deny the remaining allegations of said Paragraph.

11. Paragraph 11 is admitted.

12. As to Paragraph 12, Plaintiffs admit that Lupin Ltd. has asserted an affirmative defense of invalidity of one or more claims of the '734 and '318 patents. Plaintiffs deny the remaining allegations of said Paragraph.

13. Paragraph 13 is admitted.

14. As to Paragraph 14, Plaintiffs admit that on or about January 9, 2017, Plaintiffs received a Paragraph IV Letter ("Lupin's First Paragraph IV Letter") signed on behalf of Lupin Ltd. by Joseph Reisman, indicating that Lupin Ltd. had filed, and the FDA had received, ANDA No. 209487, pursuant to FDCA Section 505(j)(2)(B). Plaintiffs admit that Lupin Ltd.'s First Paragraph IV Letter indicates that Lupin Ltd.'s ANDA No. 209487 contains certifications pursuant to FDCA Section 505(j)(2)(A)(vii)(IV) that the claims of the '734 patent are invalid and/or would not be infringed by Lupin Ltd.'s ANDA Products. Plaintiffs admit that on or

about June 5, 2017, Plaintiffs received a second Paragraph IV Letter ("Lupin's Second Paragraph IV Letter") signed on behalf of Lupin Ltd. by Joseph Reisman, indicating that Lupin Ltd.'s ANDA No. 209487 now contained certifications pursuant to FDCA Section 505(j)(2)(A)(vii)(IV) that the claims of the '318 patent are invalid and/or would not be infringed by Lupin Ltd.'s ANDA Products. Plaintiffs deny the remaining allegations of said Paragraph.

15. As to Paragraph 15, Plaintiffs admit that this Court now has subject matter jurisdiction over Lupin Ltd.'s counterclaims. Plaintiffs deny that Lupin Ltd. is entitled to any relief pursuant to its counterclaims. Plaintiffs deny the remaining allegations of said Paragraph.

## FIRST COUNTERCLAIM
## DECLARATION OF NONINFRINGEMENT OF THE '734 PATENT

16. Plaintiffs restate and reallege their reply to each of said Paragraphs 1-15 as if fully set forth therein.

17. Paragraph 17 is denied.

18. Paragraph 18 is denied.

19. Paragraph 19 is denied.

20. Paragraph 20 is denied.

## SECOND COUNTERCLAIM
## DECLARATION OF INVALIDITY OF THE '734 PATENT

21. Plaintiffs restate and reallege their reply to each of said Paragraphs 1-20 as if fully set forth therein.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

## THIRD COUNTERCLAIM
## DECLARATION OF NONINFRINGEMENT OF THE '318 PATENT

25. Plaintiffs restate and reallege their reply to each of said Paragraphs 1-24 as if fully set forth therein.

26. Paragraph 26 is denied.

27. Paragraph 27 is denied.

28. Paragraph 28 is denied.

29. Paragraph 29 is denied.

## FOURTH COUNTERCLAIM
## DECLARATION OF INVALIDITY OF THE '318 PATENT

30. Plaintiffs restate and reallege their reply to each of said Paragraphs 1-29 as if fully set forth therein.

31. Paragraph 31 is denied.

32. Paragraph 32 is denied.

33. Paragraph 33 is denied.

## RESPONSE TO DEMAND FOR JUDGMENT

Plaintiffs deny that Lupin Ltd. is entitled to the relief requested.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: August 4, 2017

By: */s/ Ahmed J. Davis*

Ahmed J. Davis (MD Bar No. 17812)
**FISH & RICHARDSON P.C.**
901 15th St NW
Suite 700
Washington, D.C. 20005
Telephone No. 202-783-5070
adavis@fr.com

W. Chad Shear
Megan A. Chacon
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone No. (858) 678-5070
shear@fr.com
chacon@fr.com

Martina Tyreus Hufnal
Elizabeth M. Flanagan
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone No. (302) 362-5070
tyreus-hufnal@fr.com
eflanagan@fr.com

*Attorneys for Plaintiffs iCeutica Pty Ltd and Iroko Pharmaceuticals, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached PLAINTIFFS' ANSWER TO COUNTERCLAIMS was served by means of the Court's CM/ECF system on all counsel of record who have consented to electronic service on this 4th day of August 2017.

*/s/ Ahmed J. Davis*