**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| ICEUTICA PTY LTD and<br>IROKO PHARMACEUTICALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:17-cv-0394-MJG |

**DEFENDANTS LUPIN LTD. AND LUPIN PHARMACEUTICALS, INC.'S MOTION TO SEAL THEIR OPENING CLAIM CONSTRUCTION BRIEF AND CERTAIN ACCOMPANYING EXHIBITS**

Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), through their undersigned counsel and pursuant to Local Rule 105.11 and the governing Stipulated Protective Order (ECF No. 33), hereby move to seal their Opening Claim Construction Brief and certain of its exhibits, and, in support thereof, state as follows:

1. Concurrently with this Motion to Seal, Lupin has filed its Opening Claim Construction Brief with various supporting exhibits.

2. Lupin's Opening Claim Construction Brief and its Exhibits 1, 5, and 6 discuss and/or comprise highly confidential, sensitive, and proprietary information that constitutes "CONFIDENTIAL INFORMATION" under the governing Stipulated Protective Order.

3. These filings, accordingly, have been marked with the legend "CONFIDENTIAL INFORMATION" in accordance with that order, and thus constitute "Designated Material" under that order.

4. Paragraph 7 of the Stipulated Protective Order requires that all Designated Material be filed under seal.

5. In accordance with the Stipulated Protective Order and consistent with the protections it affords, Lupin seeks to protect this Designated Material from public disclosure by filing it under seal.

6. The confidential information in this Designated Material is not discrete or readily separable from non-confidential information in the documents. Accordingly, Lupin is not aware of an alternative to sealing these documents that would provide sufficient protection against public disclosure of the confidential information within them.

7. In accordance with the Court's ECF Rules, Lupin will separately serve complete copies of the documents being filed concurrently under seal on all counsel of record, as well as provide a paper courtesy copy of these filings to the Court.

WHEREFORE, Lupin respectfully requests that this Court enter an order:

A. Granting Lupin's Motion to Seal;

B. Directing the Clerk to docket under seal: (1) Lupin's Opening Claim Construction Brief and (2) Exhibits 1, 5, and 6 to Lupin's Opening Claim Construction Brief; and

C. Granting such other and further relief as this cause requires.

Dated: August 30, 2017

Respectfully submitted,

/s/ ______________________________

Robert S. Brennen (Bar No. 04499)
Matthew T. Wagman (Bar No. 26399)
Alexander P. Creticos (Bar No. 30199)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202-1153
Tel: (410) 727-6464
Fax: (410) 385-3700
rbrennen@milesstockbridge.com
mwagman@milesstockbridge.com
acreticos@milesstockbridge.com

*Counsel for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

*Co-Counsel*

William R. Zimmerman (*Pro Hac Vice*)
Catherine R. Gourash (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
Tel: (202) 640-6400
bill.zimmerman@knobbe.com
cassie.gourash@knobbe.com

Carol Pitzel Cruz (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
carol.pitzelcruz@knobbe.com

Karen M. Cassidy (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
karen.cassidy@knobbe.com