**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| ICEUTICA PTY LTD and<br>IROKO PHARMACEUTICALS, LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>       Defendants. | Civil Action No. 1:17-cv-0394-MJG |

**NOTICE OF FILING APPLICATION FOR THE**
**ISSUANCE OF LETTERS OF REQUEST UNDER SEAL**

1.      For the reasons described in the accompanying Motion to Seal, Defendants' Application for the Issuance of Letters of Request for International Judicial Assistance is being concurrently electronically filed under seal.

2.      In accordance with the ECF Rules, Lupin is contemporaneously serving a copy of this sealed filing on opposing counsel via electronic mail, as well as providing chambers with a courtesy copy of this sealed filing.

Dated:  September 14, 2017                    Respectfully submitted,

                                              */s/*_____
                                              Robert S. Brennen (Bar No. 04499)
                                              Matthew T. Wagman (Bar No. 26399)
                                              Alexander P. Creticos (Bar No. 30199)
                                              MILES & STOCKBRIDGE P.C.
                                              100 Light Street
                                              Baltimore, MD 21202-1153
                                              Tel: (410) 727-6464
                                              Fax: (410) 385-3700
                                              rbrennen@milesstockbridge.com
                                              mwagman@milesstockbridge.com
                                              acreticos@milesstockbridge.com

*Counsel for Defendants Lupin*
*Limited and Lupin*
*Pharmaceuticals, Inc.*

*Co-Counsel*

William R. Zimmerman (*Pro Hac Vice*)
Catherine R. Gourash (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
Tel: (202) 640-6400
bill.zimmerman@knobbe.com
cassie.gourash@knobbe.com

Carol Pitzel Cruz (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Tel: (206) 405-2000
carol.pitzelcruz@knobbe.com

Karen M. Cassidy (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
karen.cassidy@knobbe.com