IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ICEUTICA PTY LTD, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. MJG-17-0394 |
| LUPIN LIMITED, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

### ORDER

Pending before the Court is Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.'s Motion for Attorneys' Fees and Expenses (ECF No. 99). The motion is DENIED WITHOUT PREJUDICE to refile after resolution of the appeal to the Federal Circuit.

DATED this 11 day of September, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge